JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BECERRA, JR., <br><br> Petitioner, <br><br> v. <br><br> J. ENGLEMAN, Acting Warden, <br><br> Respondent. | Case No. CV 19-9934-PD <br><br> **JUDGMENT** |

Pursuant to the Memorandum Opinion and Order filed concurrently herewith, IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: January 07, 2021

*Patricia Donahue*
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE